**Dismissed and Memorandum Opinion filed November 6, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00871-CR

### DANNY R. ALEJANDRO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1003546**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal of a ruling denying appellant's motion for leave to file a petition for writ of mandamus.

Generally, a criminal defendant may appeal only from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n. 4 (Tex. Crim. App. 1990). The courts of appeals do not have jurisdiction to review interlocutory orders in a criminal appeal

absent express statutory authority. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see also Ragston v. State*, 424 S.W.3d 49 (Tex. Crim. App. 2014).

The denial of a motion for leave to file a petition for writ of mandamus is not a separately appealable order. Because this appeal does not fall within any exception to the general rule that an appeal may be taken only from a final judgment of conviction, we lack jurisdiction.

Accordingly, we dismiss the appeal for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).